UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

AARON CLARK,

        Plaintiff,                  Case No. 2:23-cv-245

v.                                          Honorable Paul L. Maloney

C. WILSON et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that, pursuant to 28 U.S.C. § 1915(g), Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to refile his complaint as a new action in this Court with the full civil action filing fees.

Dated:   January 12, 2024                       /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                              United States District Judge